FREDERIC W. HOTCHKISS *v.* JOHN H. PLATT, Assignee, etc., Appellant, JOHN Q. CLARK et al., Sureties, Respondents.

(Argued April 25, 1876; decided April 28, 1876.

*Austin G. Fox* for the appellant.

*Thos. B. Hubbard* for the respondents.

Agree to affirm order. No opinion.
All concur.
Order affirmed.

---

THE PEOPLE ex rel. DANIEL T. WHITE, Respondents, *v.* ROBERT BURROUGHS, Supervisor, etc., Appellant.

(Argued April 25, 1876; decided April 28, 1876,)

*J. W. Covert* for the appellant.

*B. R. Prince* for the respondents.

Agree to affirm. No opinion.
All concur.
Order affirmed.

---

DANIEL H. FRAWLEY, Respondent, *v.* THE FLUSHING, NORTH SHORE AND CENTRAL RAILROAD COMPANY, Appellant.

(Argued April 26, 1876; decided April 28, 1876.

*E. B. Hinsdale* for the appellant.

*Samuel Hand* for the respondent.

Agree to affirm. No opinion.
All concur.
Order affirmed.